IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALBERT THOMAS,

   Plaintiff,

    v.

NATHAN DEAL
Governor; individually and his official
capacity as Governor, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-1321-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending denying the Plaintiff's request for in forma pauperis status and dismissing the action under the three strikes rule of 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 22 day of May, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge